IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDWARD THURMAN,

     Appellant,

 v.

                          Case No.  5D22-3080
                          LT Case No. 1996-1881-CF

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed February 21, 2023

3.850 Appeal from the Circuit Court,
for Putnam County,
Howard O. McGillin, Jr., Judge.

Edward Thurman, Raiford, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.



EVANDER, WALLIS and SOUD, JJ., concur.